```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

LUIGI GIROTTO,

                Plaintiff,            20cv1995 (JGK)

    - against -                  ORDER

CASSIS INC. et al.,

                Defendants.

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time to respond to the complaint is extended to July 24, 2020. If there is no response, the plaintiff may move by an order to show cause for a default judgment.

**SO ORDERED.**

**Dated:**    New York, New York
           July 2, 2020           /s/ John G. Koeltl
                                                   John G. Koeltl
                                       United States District Judge